SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

ERIC EASTMAN
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-07-0621 MAG |
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR SUMMONS** |
| WALLACE WILSON, and, MICHELE GLOUDEMANS, | ) | |
| Defendants. | ) | |

Based on the facts set forth in the Declaration of Eric Eastman in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Wallace Wilson, 117 Rafael Dr., San Rafael, CA 94901. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: ___10/5/07_____          _____/s/_____
                                       WENDY THOMAS
                                       Special Assistant United States Attorney