1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,      )   Case No. CR-07-0621 MAG
                                    )
12 |        Plaintiff,               )
                                    )
13 |   v.                            )   [~~PROPOSED~~] **ORDER FOR SUMMONS**
                                    )
14 | WALLACE WILSON, and             )
   | MICHELE GLOUDEMANS,             )
15 |                                 )
   |        Defendants.              )
16 |_____)

17

18     Having reviewed the Declaration of Eric Eastman, the Court finds that probable cause exists
19 to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
20 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Wallace
21 Wilson, 117 Rafael Dr., San Rafael, CA 94901, to appear on November 6, 2007, at 9:30 a.m.
22 before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by
23 the United States Attorney.

24

25     IT IS SO ORDERED.

26  Dated: 10/11/07
27                                          EDWARD M. CHEN
                                            United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 07-0621 MAG