| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 3 min | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lashanda Scott | | | REPORTER/FTR<br>10:00-10:03 | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | | DATE<br>November 6, 2007 | | | NEW CASE<br>☐ | CASE NUMBER<br>CR07-0621 MMC |

### APPEARANCES

| DEFENDANT<br>Wallace Wilson | | AGE | CUST<br>N | P/NP<br>NP | ATTORNEY FOR DEFENDANT<br>Daniel Blank (special) | | PD. ☐ RET. ☐<br>APPT. ☐ | |
|---|---|---|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Eric Eastman L/C | | INTERPRETER | | | ☐ | FIN. AFFT<br>SUBMITTED | ☐ | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Betty Kim | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | | ☐ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ | INITIAL APPEAR<br>not held | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR<br>REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT<br>HEARING |

FILED NOV 6 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### INITIAL APPEARANCE

| ☐ | ADVISED<br>OF RIGHTS | ☐ | ADVISED<br>OF CHARGES | ☐ | NAME AS CHARGED<br>IS TRUE NAME | ☐ | TRUE NAME: |
|---|---|---|---|---|---|---|---|

### ARRAIGNMENT

| ☐ | ARRAIGNED ON<br>INFORMATION | ☐ | ARRAIGNED ON<br>INDICTMENT | ☐ | READING WAIVED<br>SUBSTANCE | ☐ | WAIVER OF INDICTMENT FILED |
|---|---|---|---|---|---|---|---|

### RELEASE

| ☐ | RELEASED<br>ON O/R | ☐ | ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ | PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|

| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ | CONSENT<br>ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | GUILTY TO COUNTS: ☐ | |
|---|---|---|---|---|---|---|---|
| ☐ | PRESENTENCE<br>REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT<br>FILED | OTHER: | |

### CONTINUANCE

| TO: | ☐ | ATTY APPT<br>HEARING | ☐ | BOND<br>HEARING | ☐ | STATUS RE:<br>CONSENT | ☐ | STATUS /<br>TRIAL SET |
|---|---|---|---|---|---|---|---|---|
| AT: | ☐ | SUBMIT FINAN.<br>AFFIDAVIT | ☐ | PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ | CHANGE OF<br>PLEA | ☐ | OTHER |
| BEFORE HON. | ☐ | DETENTION<br>HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ | TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ | IDENTITY /<br>REMOVAL<br>HEARING | ☐ | PRETRIAL<br>CONFERENCE | ☐ | PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

Defendant not present for hearing. The AUSA will prepare a second motion for issuance of summons. Matter taken off calendar.

cc: BZ, Pretrial

DOCUMENT NUMBER: