1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )  Case No. CR-07-0621 MAG
                                     )
12        Plaintiff,                 )
                                     )
13     v.                            )  **[PROPOSED] ORDER FOR SUMMONS**
                                     )
14  WALLACE WILSON, and              )
    MICHELE GLOUDEMANS,              )
15                                   )
          Defendants.                )
16  _____)

17

18     Having reviewed the Declaration of Ernesto Tristan Verburgt, the Court finds that probable

19  cause exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R.

20  Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant,

21  Wallace Wilson, 117 Rafael Dr., San Rafael, CA 94901, to appear on June 23, 2008, at 9:30 a.m.

22  before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by

23  the United States Attorney.

24

25     IT IS SO ORDERED.

26
    Dated: _____        _____
27                                   EDWARD M. CHEN
                                     United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 07-0621 MAG