1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
MAY 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR-07-0621 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR SUMMONS |
| WALLACE WILSON, and MICHELE GLOUDEMANS, | ) | |
| Defendants. | ) | |

Having reviewed the Declaration of Ernesto Tristan Verburgt, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Wallace Wilson, 117 Rafael Dr., San Rafael, CA 94901, to appear on June 23, 2008, at 9:30 a.m. before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 5/29/08

EDWARD M. CHEN
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0621 MAG